UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAVIOUS BEAL #327749,

    Plaintiff,

v.

    Case No. 1:21-cv-522

    Hon. Hala Y. Jarbou

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 20, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE